# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
RENZETTI, RENO R. § Case No. 11-32115
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on           . The case was converted to one under Chapter 7 on           . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ $^{2}$.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BARRY A. CHATZ_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 11-32115    Doc 62    Filed 11/10/14    Entered 11/10/14 13:36:38    Desc Main
Document      Page 3 of 13

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-32115   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | RENZETTI, RENO R. | Date Filed (f) or Converted (c): | 06/22/12 (c) |
| | | 341(a) Meeting Date: | 08/01/12 |
| For Period Ending: | 11/08/14 | Claims Bar Date: | 11/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Real Estate located at 4317 N. Wolcott | 533,250.00 | 235,383.19 | | 400,000.00 | FA |
| 2. Financial Accounts | 600.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books / Collectibles | 2,000.00 | 1,900.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry | 300.00 | 300.00 | | 0.00 | FA |
| 7. Firearms and Hobby Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 8. Accounts Receivable | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 9. General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles | 3,700.00 | 0.00 | | 0.00 | FA |
| 11. Animals | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $549,050.00     $243,783.19     $400,000.00     $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS LIQUIDATED THE ONLY ASSET OF THE DEBTOR AND HAS JUST OBTAINED AND FILED THE ESTATE'S FINAL INCOME TAX RETURN. TRUSTEE EXPECTS THE TRUSTEE'S FINAL REPORT TO BE SUBMITTED TO THE U.S. TRUSTEE FOR APPROVAL SHORTLY.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-32115 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | RENZETTI, RENO R. | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9327 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9758 | | | |
| For Period Ending: | 11/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/13 | 1 | CHICAGO TITLE & TRUST COMPANY<br>10 S. LASALLE STREET<br>SUITE 2850<br>CHICAGO, IL 60603 | LIQUIDATION OF REAL PROPERTY | | 63,028.68 | | 63,028.68 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount: 400,000.00<br>LIQUIDATION OF REAL PROPERTY | 1110-000 | | | |
| | | US BANK, NA | Memo Amount: ( 294,552.42 )<br>PAYOFF MORTGAGE LOAN | 4110-000 | | | |
| | | BARRY A. CHATZ, TRUSTEE | Memo Amount: ( 18,025.70 )<br>SETTLEMENT CHARGES | 2500-000 | | | |
| | | MILLENIUM PROPERTIES | Memo Amount: ( 14,200.00 )<br>COMMISSIONS | 3510-000 | | | |
| | | OWNERS TITLE POLICY | Memo Amount: ( 1,750.00 )<br>INSURANCE PREMIUM | 2500-000 | | | |
| | | COUNTY TAXES | Memo Amount: ( 8,443.20 )<br>COUNTY TAXES | 2820-000 | | | |
| 04/02/13 | 1 | CHICAGO TITLE & TRUST COMPANY<br>10 S. LASALLE STREET<br>SUITE 2850<br>CHICAGO, IL 60603 | LIQUIDATION OF REAL PROPERTY | 2500-000 | | -153.00 | 63,181.68 |
| 05/01/13 | 1 | CHICAGO TITLE AND TRUST COMPANY | LIQUIDATION OF REAL PROPERTY | 2500-000 | | -5,000.00 | 68,181.68 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 81.79 | 68,099.89 |
| 05/15/13 | 300001 | RENO R. RENZETTI | DEBTOR EXEMPTIONS<br>EXEMPTION | 8100-000 | | 15,000.00 | 53,099.89 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 89.97 | 53,009.92 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 76.27 | 52,933.65 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.70 | 52,854.95 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.58 | 52,776.37 |

Page Subtotals  63,028.68  10,252.31

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-32115 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RENZETTI, RENO R. | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9327 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9758 | | | |
| For Period Ending: | 11/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 75.94 | 52,700.43 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.35 | 52,622.08 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 75.71 | 52,546.37 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.12 | 52,468.25 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 43.20 | 52,425.05 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.01 | 52,347.04 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 70.32 | 52,276.72 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 77.72 | 52,199.00 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 75.10 | 52,123.90 |
| 05/12/14 | 300003 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19053 SPRINGFIELD, IL 62794-9053 | PRIORITY TAX CLAIMS 507(a)(8) IL-1040 TAX RETURN FOR 2013 | 2820-000 | | 3,957.00 | 48,166.90 |
| 05/12/14 | 300004 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH 45999-0148 | PRIORITY TAX CLAIMS 507(a)(8) 1040 - FOR 2013 | 2810-000 | | 1,914.00 | 46,252.90 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 74.21 | 46,178.69 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 66.44 | 46,112.25 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 68.56 | 46,043.69 |
| 08/12/14 | 300005 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0039 | UNSECURED PRIORITY CLAIM PURSUANT TO IRS NOTICE OF AMOUNT DUE RECEIVED 8/12/14 FOR TAX PERIOD ENDING 12/31/13 | 5800-000 | | 94.01 | 45,949.68 |

Page Subtotals        0.00        6,826.69

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 11-32115 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | RENZETTI, RENO R. | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9327  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9758 | | |
| For Period Ending: | 11/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 400,000.00 | COLUMN TOTALS | | 63,028.68 | 17,079.00 | 45,949.68 |
| | Memo Allocation Disbursements: | 336,971.32 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 63,028.68 | 17,079.00 | |
| | Memo Allocation Net: | 63,028.68 | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 63,028.68 | 2,079.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 400,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 336,971.32 | Checking Account (Non-Interest Earn - *******9327 | | 63,028.68 | 2,079.00 | 45,949.68 |
| | | | | | ------------------ | ------------------ | ------------------ |
| | Total Memo Allocation Net: | 63,028.68 | | | 63,028.68 | 2,079.00 | 45,949.68 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 08, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 11-32115 | | Claim Class Sequence | | | |
| Debtor Name: | RENZETTI, RENO R. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000021<br>001<br>3210-00 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $7,793.00 | $7,793.00 |
| 000022<br>001<br>3410-00 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Administrative | | $0.00 | $1,470.00 | $1,470.00 |
| 000023A<br>001<br>2100-00 | BARRY A. CHATZ, TRUSTEE<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $22,500.00 | $22,500.00 |
| 000023B<br>001<br>2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $92.90 | $92.90 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $43.20 | $43.20 |
| 000007A<br>040<br>5800-00 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $14,445.96 | $14,445.96 |
| 000012A<br>040<br>5800-00 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $360.26 | $360.26 |
| 000001<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Unsecured | | $0.00 | $6,234.75 | $6,234.75 |
| 000002<br>070<br>7100-00 | CANDICA, L.L.C.<br>C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVE., STE. 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $14,929.41 | $14,929.41 |
| 000003<br>070<br>7100-00 | DISCOVER BANK<br>DISCOVER PRODUCTS INC.<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $9,297.96 | $9,297.96 |
| 000004<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Unsecured | | $0.00 | $12,353.58 | $12,353.58 |

| Page 2 | | EXHIBIT C ANALYSIS OF CLAIMS REGISTER | | | | Date: November 08, 2014 |

Case Number: 11-32115
Debtor Name: RENZETTI, RENO R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | MINNESOTA LAWYERS MUTAL 333 SEVENTH STREET SUITE 2200 MINNEAPOLIS, MN 55402 | Unsecured | | $0.00 | $252.00 | $252.00 |
| 000006 070 7100-00 | NATIONAL EDUCATION SERVICES 200 WEST MONROE SUITE 700 CHICAGO, IL 60606-5075 | Unsecured | | $0.00 | $6,852.49 | $6,852.49 |
| 000007B 070 7100-00 | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | | $0.00 | $5,016.50 | $5,016.50 |
| 000008 070 7100-00 | VERITEXT CHICAGO REPORTING COMPANY ONE NORTH LASALLE SUITE 400 CHICAGO, IL 60602 | Unsecured | | $0.00 | $330.23 | $330.23 |
| 000009 070 7100-00 | CITY OF CHICAGO DEPARTMENT OF REVENUE WATER BILLING AND COLLECTIONS DIVISION 333 SOUTH STATE STREET SUITE 330 CHICAGO, ILLINOIS - IL 60604 | Unsecured | | $0.00 | $615.13 | $615.13 |
| 000010 070 7100-00 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $3,472.97 | $3,472.97 |
| 000011 070 7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC. PO BOX 41067 NORFOLK, VA 23541 | Unsecured | | $0.00 | $3,917.30 | $3,917.30 |
| 000012B 070 7100-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $67.70 | $67.70 |
| 000013 070 7100-00 | EAST BAY FUNDING, LLC C/O RESURGENT CAPITAL SERVICES PO BOX 288 GREENVILLE, SC 29603 | Unsecured | | $0.00 | $196.81 | $196.81 |
| 000015 070 7100-00 | ROCKFORD MERCANTILE AGENCY INC 2502 SOUTH ALPINE ROAD ROCKFORD ILLINOIS 61108 | Unsecured | | $0.00 | $362.13 | $362.13 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: November 08, 2014 |

Case Number:  11-32115  
Debtor Name:  RENZETTI, RENO R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000016 070 7100-00 | PORTFOLIO RECOVERY ASSOCIATES, LLC C/O SEARS GOLD MASTERCARD PO BOX 41067 NORFOLK VA 23541 | Unsecured | | $0.00 | $13,044.31 | $13,044.31 |
| 000017 070 7100-00 | CHICAGO SUN-TIMES,INC. ATTN: JENNIFER KOCENKO 350 N. ORLEANS STREET SUITE 10TH FLOOR CHICAGO,IL 60654-1700 | Unsecured | | $0.00 | $7,370.80 | $7,370.80 |
| 000018 070 7100-00 | ILLINOIS BELL TELEPHONE COMPANY % AT&T SERVICES INC. JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | Unsecured | | $0.00 | $566.06 | $566.06 |
| 000019 070 7100-00 | LAKESIDE EMPLOYEES FEDERAL CREDIT UNION 7020 INDIANAPOLIS BOULEVARD HAMMOND,IN 46320 | Unsecured | | $0.00 | $1,830.34 | $0.00 |
| 000020 071 7200-00 | HOMEPAGES AMERICAN MARKETING & PUBLISHING POB 982 DEKALB, IL 60115 | Unsecured | | $0.00 | $2,201.04 | $2,201.04 |
| 000014 050 4110-00 | U.S. BANK, N.A. C/O PIERCE AND ASSOCIATES, P.C. 1 NORTH DEARBORN ST. SUITE 1300 CHICAGO, ILLINOIS 60602 | Secured | | $0.00 | $278,640.14 | $278,640.14 |
| | Case Totals: | | | $0.00 | $414,256.97 | $412,426.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-32115
Case Name: RENZETTI, RENO R.
Trustee Name: BARRY A. CHATZ

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000014 | U.S. BANK, N.A. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000012A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000002 | CANDICA, L.L.C. | $ | $ | $ |
| 000003 | DISCOVER BANK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | DISCOVER BANK | $ | $ | $ |
| 000005 | MINNESOTA LAWYERS MUTAL | $ | $ | $ |
| 000006 | NATIONAL EDUCATION SERVICES | $ | $ | $ |
| 000007B | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000008 | VERITEXT CHICAGO REPORTING COMPANY | $ | $ | $ |
| 000009 | CITY OF CHICAGO DEPARTMENT OF REVENUE | $ | $ | $ |
| 000010 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | $ | $ | $ |
| 000012B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 000013 | EAST BAY FUNDING, LLC | $ | $ | $ |
| 000015 | ROCKFORD MERCANTILE AGENCY INC | $ | $ | $ |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |
| 000017 | CHICAGO SUN-TIMES,INC. | $ | $ | $ |
| 000018 | ILLINOIS BELL TELEPHONE COMPANY | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | HOMEPAGES | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors     $_____

    Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE