UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
RENZETTI, RENO R.                     §    Case No. 11-32115
                                      §
          Debtor(s)                   §
                                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Thursday, December 4, 2014 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/08/2014            By: /s/ Barry A. Chatz, Trustee
                                       Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                 Case No. 11-32115-PSH
Reno R. Renzetti                                                       Chapter 7
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: mflowers              Page 1 of 2              Date Rcvd: Nov 12, 2014
                               Form ID: pdf006             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db           +Reno R. Renzetti,    225 W. Washington, Suite 2200,    Chicago, IL 60606-3561
aty          +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
17635950      AT&T,   P.O. Box 8100,    Aurora, IL 60572-8100
17635949      American Express,    Box 0001,   Los Angeles, CA 90096-0001
17751520      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17655258    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
17635953     +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
17635952      Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
17635954      Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
17791253      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17635956      City of Chicago,    Dept. of Water Management,    333 S. State #330,    Chicago,IL 60604-3979
17732218     +City of Chicago Department of Revenue,    Water Billing and Collections Division,
               333 South State Street,    Suite 330,    Chicago, Illinois - IL 60604-3965
17635958     +Client Services, Inc,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
17635957     +Client Services, Inc,    221 Point West Blvd,    St. Charles, MO 63301-4410
17635959     +Columbia,    PO Box 916400,    Rantoul, IL 61866-6400
17635961      Computer Credit, Inc.,    640 W. Fourth Street,    Post Office Box 5238,
               Winston-Salem, NC 27113-5238
17635964     +DuPage Medical Group,    1100 W. 31st Street,    Downers Grove, IL 60515-5509
19791409     +HomePages,   American Marketing & Publishing,    POB 982,    Dekalb, IL 60115-0982
17635965    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
               CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60601)
17811632      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, IL 60664-0338
19128007     +Lakeside Employees Federal,    Credit Union,    7020 Indianapolis Boulevard,
               Hammond,IN 46324-2208
17635967      Lee Mandel & Associates, Inc.,    415 West Jackson Avenue,    Naperville, IL 60540-5205
17635968      Mark Allan Berk MD SC,    900 N. Westmoreland Road,    Suite 222,   Lake Forest, IL 60045-1694
17635969     +Minnesota Lawyers Mutal,    333 Seventh Street,    Suite 2200,   Minneapolis, MN 55402-2451
18026845    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,
               PO Box 41067,   Norfolk VA 23541)
17635971     +Pierce & Associates,    1 N. Dearborn, Suite 1300,    Chicago, IL 60602-4373
17986671     +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
17635972      Rush University Medical Center,    Patient Financial Services,    P.O. Box 4075,
               Carol Stream, IL 60197-4075
17635973      Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
17635974     +Southwest Credit Systems,    2629 Dickerson Parkway,    P.O. Box 115151,
               Carrollton, TX 75007-4458
17635975      Thomas West Payment Center,    PO Box 6292,    Carol Stream, IL 60197-6292
17635976     +U.S. Atty for Northern Dist IL,    For Department of Education),
               219 S. Dearborn Street, 5th Fl,    Chicago, IL 60604-2029
17635977      U.S. Bank,   P.O. Box 20005,    Owensboro, KY 42304-0005
17967967     +U.S. Bank, N.A.,    c/o Pierce and Associates, P.C.,    1 North Dearborn St.,    Suite 1300,
               Chicago, Illinois 60602-4321
17635978     +Veritext Chicago Reporting Company,    One North LaSalle,    Suite 400,   Chicago, IL 60602-3995
17635979     +VoiceExchange/MultiLink,    15110 Draper Ln.,    Houston, TX 77014-1414
17635980      West Payment Center,    PO Box 6292,    Carol Stream, IL 60197-6292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17635951      E-mail/Text: g20956@att.com Nov 13 2014 02:57:03     AT&T Mobility,    P.O. Box 6416,
               Carol Stream, IL 60197-6416
17833095      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2014 03:01:45      B-Line, LLC,
               MS 550,   PO Box 91121,    Seattle, WA 98111-9221
17907222     +E-mail/Text: bncmail@w-legal.com Nov 13 2014 02:55:32     Candica, L.L.C.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
17635955     +E-mail/Text: lrobertson@suntimes.com Nov 13 2014 02:56:29      Chicago Sun-Times, Inc.,
               350 N. Orleans Street,    Suite 10th Floor,   Chicago, IL 60654-1700
18070209      E-mail/Text: lrobertson@suntimes.com Nov 13 2014 02:56:29      Chicago Sun-Times,Inc.,
               Attn: Jennifer Kocenko,    350 N. Orleans Street,    Suite 10th Floor,   Chicago,IL 60654-1700
17635960      E-mail/Text: legalcollections@comed.com Nov 13 2014 02:57:10      ComEd,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
17635963      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2014 03:03:25      Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
17656768      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2014 03:03:25      Discover Bank,
               Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
17675189      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2014 03:03:25      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany OH 43054-3025
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Nov 12, 2014
                               Form ID: pdf006             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18299282       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2014 03:03:15
                 East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                 Greenville, SC 29602-0288
18080018       +E-mail/Text: g17768@att.com Nov 13 2014 02:54:04      Illinois Bell Telephone Company,
                 % AT&T Services Inc.,   James Grudus, Esq.,   One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2693
17635966        E-mail/Text: cio.bncmail@irs.gov Nov 13 2014 02:54:27      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
17635970       +E-mail/Text: bkfilings@nationaled.net Nov 13 2014 02:56:15      National Education Services,
                 200 West Monroe Suite 700,   Chicago, IL 60606-5057
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18286371*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC.,   PO Box 41067,
                 Norfolk, VA 23541)
17635962      ##+Dependicare,   1815 Gardner Road,   Broadview, IL 60155-4401
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2014 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              E. Philip  Groben    on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Jean M. Huang    on behalf of Debtor Reno R. Renzetti court@sbhpc.net,   jhuang@sbhpc.net,
               ksmith@sbhpc.net,steve_horvath@ilnb.uscourts.gov
              Joseph E Cohen    on behalf of Trustee Barry A Chatz jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Kelly  Smith    on behalf of Debtor Reno R. Renzetti court@sbhpc.net,   ksmith@sbhpc.net,
               jhuang@sbhpc.net
              Marilyn O Marshall    on behalf of Trustee Marilyn O Marshall courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Ralston    on behalf of Creditor   CANDICA L.L.C. richardr@w-legal.com,
               chapter-13@w-legal.com
                                                                                               TOTAL: 9
```