# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:  §
        §
RENZETTI, RENO R.  §   Case No. 11-32115
        §
        §
    Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RENO R. RENZETTI |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | City of Chicago Dept. of Water Management P.O. Box 6330 Chicago, IL 60680-6330 |  |  |  |  |  |
|  | Pierce & Associates 1 N. Dearborn, Suite 1300 Chicago, IL 60602 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce & Associates 1 N. Dearborn, Suite 1300 Chicago, IL 60602 | | | | | |
| | U.S. Bank P.O. Box 20005 Owensboro, KY 42304-0005 | | | | | |
| | U.S. Bank P.O. Box 20005 Owensboro, KY 42304-0005 | | | | | |
| 000014 | U.S. BANK, N.A. | | | | | |
| | US BANK, NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| CHICAGO TITLE & TRUST COMPANY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHICAGO TITLE AND TRUST COMPANY | | | | | |
| OWNERS TITLE POLICY | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| COUNTY TAXES | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| COHEN & KROL | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| MILLENIUM PROPERTIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | DEPARTMENT OF TREASURY | | | | | |
| 000012A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

Case 11-32115   Doc 71   Filed 03/24/15   Entered 03/24/15 11:14:40   Desc Main
                         Document      Page 7 of 19

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Mobility P.O. Box 6416 Carol Stream, IL 60197-6416 | | | | | |
| | AT&T P.O. Box 8100 Aurora, IL 60572-8100 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Bank of America P.O. Box 17054 Wilmington, DE 19884 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chicago Sun-Times, Inc. 350 N. Orleans Street Suite 10th Floor Chicago, IL 60654 |  |  |  |  |  |
|  | Client Services, Inc 221 Point West Blvd St. Charles, MO 63301 |  |  |  |  |  |
|  | Client Services, Inc 3451 Harry S. Truman Blvd. St. Charles, MO 63301 |  |  |  |  |  |
|  | Columbia PO Box 916400 Rantoul, IL 61866-8400 |  |  |  |  |  |
|  | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 |  |  |  |  |  |
|  | Computer Credit, Inc. 640 W. Fourth Street Post Office Box 5238 Winston-Salem, NC 27113-5238 |  |  |  |  |  |
|  | Dependicare 1815 Gardner Road Broadview, IL 60155 |  |  |  |  |  |
|  | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 |  |  |  |  |  |
|  | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage Medical Group 1100 W. 31st Street Downers Grove, IL 60515 | | | | | |
| | Lee Mandel & Associates, Inc. 415 West Jackson Avenue Naperville, IL 60540-5205 | | | | | |
| | Mark Allan Berk MD SC 900 N. Westmoreland Road Suite 222 Lake Forest, IL 60045-1694 | | | | | |
| | Minnesota Lawyers Mutal 333 Seventh Street Suite 2200 Minneapolis, MN 55402 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |
| | National Education Services 200 West Monroe Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush University Medical Center Patient Financial Services P.O. Box 4075 Carol Stream, IL 60197-4075 | | | | | |
| | Rush University Medical Center Patient Financial Services P.O. Box 4075 Carol Stream, IL 60197-4075 | | | | | |
| | Sears Credit Cards P.O. Box 183082 Columbus, OH 43218-3082 | | | | | |
| | Sears Credit Cards P.O. Box 183082 Columbus, OH 43218-3082 | | | | | |
| | Southwest Credit Systems 2629 Dickerson Parkway P.O. Box 115151 Carrollton, TX 75011-5151 | | | | | |
| | Thomas West Payment Center PO Box 6292 Carol Stream, IL 60197-6292 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Atty for Northern Dist IL (For Department of Education) 219 S. Dearborn Street, 5th Fl Chicago, IL 60604 | | | | | |
| | Veritext Chicago Reporting Company One North LaSalle Suite 400 Chicago, IL 60602 | | | | | |
| | VoiceExchange/MultiLink 15110 Draper Ln. Houston, TX 77014 | | | | | |
| | West Payment Center PO Box 6292 Carol Stream, IL 60197-6292 | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CANDICA, L.L.C. | | | | | |
| 000017 | CHICAGO SUN-TIMES,INC. | | | | | |
| 000009 | CITY OF CHICAGO DEPARTMENT OF REVEN | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | EAST BAY FUNDING, LLC | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000018 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000012B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000007B | INTERNAL REVENUE SERVICE | | | | | |
| 000019 | LAKESIDE EMPLOYEES FEDERAL | | | | | |
| 000005 | MINNESOTA LAWYERS MUTAL | | | | | |
| 000006 | NATIONAL EDUCATION SERVICES | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 000015 | ROCKFORD MERCANTILE AGENCY INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | VERITEXT CHICAGO REPORTING COMPANY | | | | | |
| 000020 | HOMEPAGES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-32115 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | RENZETTI, RENO R. | | | Date Filed (f) or Converted (c): | 06/22/12 (c) |
| | | | | 341(a) Meeting Date: | 08/01/12 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 11/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential Real Estate located at 4317 N. Wolcott | 533,250.00 | 235,383.19 | | 400,000.00 | FA |
| 2. Financial Accounts | 600.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Books / Collectibles | 2,000.00 | 1,900.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Furs and Jewelry | 300.00 | 300.00 | | 0.00 | FA |
| 7. Firearms and Hobby Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 8. Accounts Receivable | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 9. General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 10. Vehicles | 3,700.00 | 0.00 | | 0.00 | FA |
| 11. Animals | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $549,050.00    $243,783.19    $400,000.00    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS LIQUIDATED THE ONLY ASSET OF THE DEBTOR AND HAS JUST OBTAINED AND FILED THE ESTATE'S FINAL INCOME TAX RETURN. TRUSTEE EXPECTS THE TRUSTEE'S FINAL REPORT TO BE SUBMITTED TO THE U.S. TRUSTEE FOR APPROVAL SHORTLY.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-32115 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | RENZETTI, RENO R. | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9327 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9758 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/13 | 1 | CHICAGO TITLE & TRUST COMPANY<br>10 S. LASALLE STREET<br>SUITE 2850<br>CHICAGO, IL 60603 | LIQUIDATION OF REAL PROPERTY | | 63,028.68 | | 63,028.68 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount: 400,000.00<br>LIQUIDATION OF REAL PROPERTY | 1110-000 | | | |
| | | US BANK, NA | Memo Amount: ( 294,552.42 )<br>PAYOFF MORTGAGE LOAN | 4110-000 | | | |
| | | BARRY A. CHATZ, TRUSTEE | Memo Amount: ( 18,025.70 )<br>SETTLEMENT CHARGES | 2500-000 | | | |
| | | MILLENIUM PROPERTIES | Memo Amount: ( 14,200.00 )<br>COMMISSIONS | 3510-000 | | | |
| | | OWNERS TITLE POLICY | Memo Amount: ( 1,750.00 )<br>INSURANCE PREMIUM | 2500-000 | | | |
| | | COUNTY TAXES | Memo Amount: ( 8,443.20 )<br>COUNTY TAXES | 2820-000 | | | |
| 04/02/13 | 1 | CHICAGO TITLE & TRUST COMPANY<br>10 S. LASALLE STREET<br>SUITE 2850<br>CHICAGO, IL 60603 | LIQUIDATION OF REAL PROPERTY | 2500-000 | | -153.00 | 63,181.68 |
| 05/01/13 | 1 | CHICAGO TITLE AND TRUST COMPANY | LIQUIDATION OF REAL PROPERTY | 2500-000 | | -5,000.00 | 68,181.68 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 81.79 | 68,099.89 |
| 05/15/13 | 300001 | RENO R. RENZETTI | DEBTOR EXEMPTIONS<br>EXEMPTION | 8100-000 | | 15,000.00 | 53,099.89 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 89.97 | 53,009.92 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 76.27 | 52,933.65 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.70 | 52,854.95 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.58 | 52,776.37 |

Page Subtotals  63,028.68  10,252.31

Ver: 18.03b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-32115 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | RENZETTI, RENO R. | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9327 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9758 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 75.94 | 52,700.43 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.35 | 52,622.08 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 75.71 | 52,546.37 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.12 | 52,468.25 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 43.20 | 52,425.05 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 78.01 | 52,347.04 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 70.32 | 52,276.72 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 77.72 | 52,199.00 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 75.10 | 52,123.90 |
| 05/12/14 | 300003 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | PRIORITY TAX CLAIMS 507(a)(8)<br>IL-1040 TAX RETURN FOR 2013 | 2820-000 | | 3,957.00 | 48,166.90 |
| 05/12/14 | 300004 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE CENTER<br>CINCINNATI, OH 45999-0148 | PRIORITY TAX CLAIMS 507(a)(8)<br>1040 - FOR 2013 | 2810-000 | | 1,914.00 | 46,252.90 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 74.21 | 46,178.69 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 66.44 | 46,112.25 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 68.56 | 46,043.69 |
| 08/12/14 | 300005 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999-0039 | UNSECURED PRIORITY CLAIM<br>PURSUANT TO IRS NOTICE OF AMOUNT DUE<br>RECEIVED 8/12/14 FOR TAX PERIOD ENDING<br>12/31/13 | 5800-000 | | 94.01 | 45,949.68 |
| 12/04/14 | 300006 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Claim 000021, Payment 100.00% | 3210-000 | | 7,793.00 | 38,156.68 |
| 12/04/14 | 300007 | POPOWCER KATTEN LTD. | Claim 000022, Payment 100.00% | 3410-000 | | 1,470.00 | 36,686.68 |

Page Subtotals          0.00          16,089.69

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-32115 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | RENZETTI, RENO R. | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9327 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9758 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/04/14 | 300008 | 35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207<br>BARRY A. CHATZ, TRUSTEE | Claim 000023A, Payment 100.00% | 2100-000 | | 22,500.00 | 14,186.68 |
| 12/04/14 | 300009 | 120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606<br>BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Claim 000023B, Payment 100.00% | 2200-000 | | 92.90 | 14,093.78 |
| 12/04/14 | 300010 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Claim 000007A, Payment 95.19% | 5800-000 | | 13,750.85 | 342.93 |
| 12/04/14 | 300011 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Claim 000012A, Payment 95.19% | 5800-000 | | 342.93 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 400,000.00 | COLUMN TOTALS | 63,028.68 | 63,028.68 | 0.00 |
| Memo Allocation Disbursements: | 336,971.32 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 63,028.68 | 63,028.68 | |
| Memo Allocation Net: | 63,028.68 | Less: Payments to Debtors | | 15,000.00 | |
| | | Net | 63,028.68 | 48,028.68 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 400,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 336,971.32 | Checking Account (Non-Interest Earn - *******9327 | 63,028.68 | 48,028.68 | 0.00 |
| Total Memo Allocation Net: | 63,028.68 | | 63,028.68 | 48,028.68 | 0.00 |

Page Subtotals          0.00          36,686.68

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-32115 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | RENZETTI, RENO R. | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9327 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9758 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*